UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS E. APONTE-SOBRADO<br>#33841-069,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-1390 SEC<br>P |
| VERSUS | JUDGE DEE D. DRELL |
| USA,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), after an independent review of the record including the Objection filed by Plaintiff (ECF No. 9), and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Complaint (ECF No. 1) is DENIED and DISMISSED under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, WITH PREJUDICE to being asserted again until Plaintiff meets the conditions of *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 26 day of October 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT